CHRISTINA LE ROY, as Administratrix under Limited Letters of Administration of the Estate of JOHN LE ROY, Deceased, Appellant, *v.* RUTH G. TREMPER et al., as Executors of HAROLD O. TREMPER, Deceased, et al., Respondents, et al., Defendants.

Submitted April 10, 1944; decided April 13, 1944.

*Myron Wisoff* and *Arthur Dunaif* for motion.
*William B. Davis* and *E. C. Sherwood* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements on the authority of *Rathfelder* v. *Flag* (257 App. Div. 71, affd. 282 N. Y. 563; see, also, *Reese* v. *Reamore,* 292 N. Y. 292, decided herewith).